**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance For Community Health Centers, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Health Care Cost Containment System, et al., <br><br> Defendants. | No. CV-19-00517-TUC-JGZ <br><br> **ORDER** |

Upon receiving the Ninth Circuit's mandate on December 1, 2022, (Doc. 84), and upon considering its September 2, 2022 opinion, (Doc. 80), which held in relevant part:

> [T]he Medicaid Act [establishes] that "FQHC services" are a mandatory benefit that Defendants must cover and for which Plaintiffs have a right to reimbursement under § 1396a(bb) that is enforceable under § 1983.

(*Id.* at 14);

> *Douglas* held that the mandatory benefit of "FQHC services" under § 1396d(a)(2)(C) includes services furnished by chiropractors, dentists, optometrists, and podiatrists.

(*Id.* at 17 (citing *Cal. Ass'n of Rural Health Clinics v. Douglas*, 738 F.3d 1007 (9th Cir. 2013));

> Arizona's *categorical exclusion* of all adult chiropractic services violates the unambiguous text of § 1396d(a)(2) of the Medicaid Act, which *Douglas* interpreted as including "services furnished by . . . chiropractors."

(*Id.* at 18);

**IT IS HEREBY ORDERED:** Defendants Arizona Health Care Cost Containment System (AHCCCS) and Carmen Heredia, in her official capacity, are permanently enjoined from enacting or applying a "*categorical exclusion* of all adult chiropractic services" from AHCCCS's coverage of the "Federally-qualified health center services" mandatory benefit, which "Defendants must cover and for which Plaintiffs have a right to reimbursement under § 1396a(bb)."

Dated this 10th day of April, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge