Caroline M. Brown, D.C. Bar No. 438342 (*pro hac vice*)
Philip J. Peisch, D.C. Bar No. 1005423 (*pro hac vice*)
Kendra Doty, D.C. Bar No. 1671624 (*pro hac vice*)
1220 19th Street NW, Ste 210
Washington, D.C. 20036
(202)499-4261
cbrown@brownandpeisch.com
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Arizona Alliance for Community
Health Centers, *et al.*,

                                    *Plaintiffs*,

v.

Arizona Health Care Cost Containment
System, *et al.*,

                                    *Defendants*.

Case No. 4:19-cv-00517-JGZ

DEFENDANTS' CONSENT
MOTION TO EXTEND DEADLINE
FOR RESPONSE TO PLAINTIFFS'
MOTION FOR ATTORNEY'S FEES
(First Request)

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules of Civil Procedure 54.2(b), 7.2(c), and 7.3, Defendants respectfully request a 14-day extension of time to respond to Plaintiffs' Motion for Attorney's Fees. Plaintiffs do not oppose this motion.

1

Plaintiffs filed their motion for attorney's fees on April 27, 2026.  ECF 172. Defendants moved to stay the response deadline on May 7, 2026, ECF 177, and on June 12, 2026, this Court denied Defendants' motion and ordered Defendants to respond to Plaintiffs' motion for attorney's fees by June 26, 2026, ECF 180.

Defendants request this extension to allow the parties time to engage in good-faith negotiations regarding the fee award.  Defendants' counsel has conferred with Plaintiffs' counsel concerning this extension request, and both parties agree that an extension will facilitate productive settlement discussions. The requested 14-day extension would not prejudice any party, and the additional time will conserve both the parties' and the Court's resources by allowing the parties time to engage in negotiations concerning the attorney's fee award.

Respectfully submitted,

June 24, 2026

/s/ Caroline M. Brown
Caroline M. Brown, D.C. Bar No. 438342
(*pro hac vice*)
Philip J. Peisch, D.C. Bar No. 1005423
(*pro hac vice*)
Kendra Doty, D.C. Bar No. 1671624
(*pro hac vice*)
1220 19th Street NW
Suite 210
Washington, D.C. 20036
(202)499-4261
cbrown@brownandpeisch.com
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I, Caroline M. Brown, hereby certify that a copy of the foregoing was sent by ECF to all counsel of record.

Dated:  June 24, 2026

/s/ Caroline M. Brown
Caroline M. Brown