Caroline M. Brown, D.C. Bar No. 438342 (*pro hac vice*)
Philip J. Peisch, D.C. Bar No. 1005423 (*pro hac vice*)
Kendra Doty, D.C. Bar No. 1671624 (*pro hac vice*)
1220 19th Street NW, Ste 210
Washington, D.C. 20036
(202)499-4261
cbrown@brownandpeisch.com
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Community Health Centers, *et al.*, | |
| *Plaintiffs*, | Case No. 4:19-cv-00517-JGZ |
| v. | |
| Arizona Health Care Cost Containment System, *et al.*, | PROPOSED ORDER RE: DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFFS' |
| *Defendants*. | MOTION FOR ATTORNEY'S FEES |

Having considered Defendants' Consent Motion to Extend Deadline for Response to Plaintiffs' Motion for Attorney's Fees, and good cause appearing,

**IT IS ORDERED:**

1. Defendants' Motion is **granted**, and

2. Defendants' deadline to respond to Plaintiffs' Motion for Attorney's Fees is

July 10, 2026.

Dated this ___ day of _____, 2026.


_____
Jennifer G. Zipps
Chief United States District Judge